UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERI CONNOLLY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WEIGHT WATCHERS NORTH AMERICA, INC.,<br><br>    Defendant. | Case No. 14-cv-01983-TEH<br><br>**ORDER DENYING WITHOUT PREJUDICE JOINT MOTION TO PERMIT DISTRIBUTION OF CORRECTIVE NOTICE** |

The parties have filed a joint administrative motion to permit distribution of a corrective notice to 173 individuals whom the parties contend were misidentified as class members and mistakenly received the class notice. The Court agrees that a corrective notice is appropriate but finds the proposed notice deficient because it does not include instructions on what recipients should do if they believe they are, in fact, members of the settlement class. Accordingly, the parties' motion is DENIED without prejudice to submitting a revised proposed notice that includes such instructions.

**IT IS SO ORDERED.**

Dated: 09/25/14   _____
THELTON E. HENDERSON
United States District Judge